HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MEGAN T. HOPKINS, CA Bar #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JOSEPH WINFREE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSEPH WINFREE,<br><br>    Defendant. | Case No.  6:13-MJ-00076 MJS<br><br>**MOTION TO APPEAR TELEPHONICALLY FOR REVIEW HEARING; ORDER**<br><br>Date:  April 21, 2015<br>Time:  10:00 a.m.<br>Judge:  Hon. Michael J. Seng |

Pursuant to Fed. R. Crim. P. 43(b)(2), Defendant Joseph Winfree, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to appear by telephone for a review hearing set for April 21, 2015, at 10:00 a.m.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests.

Mr. Winfree has advised defense counsel that he does not have the ability to travel to Yosemite National Park for this hearing.  He currently resides in Guerneville, California, and he does not have the financial resources to travel to Yosemite. Mr. Winfree has had difficulty finding and maintaining employment over the past 10 months which has made it difficult to pay his fine.  Mr. Winfree has completed his DMV course and is currently working on completing

1  his community service hours.

3                                          HEATHER E. WILLIAMS
                                           Federal Defender

5  Dated: April 17, 2015              */s/ Megan T. Hopkins*
                                           MEGAN T. HOPKINS
                                           Assistant Federal Defender
                                           Attorneys for Defendant
                                           JOSEPH WINFREE

O R D E R

The above Motion to Appear Telephonically in Case No. 6:13-MJ-00076 MJS is hereby **DENIED.**

IT IS SO ORDERED.

Dated:   April 17, 2015                    /s/ *Michael J. Seng*
                                           UNITED STATES MAGISTRATE JUDGE

*Winfree's Motion to Appear Telephonically*         -2-