Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>          v.<br><br>JOSEPH ERIC WINFREE,<br><br>                       Defendant. | DOCKET NO. 6:13-mj-076-MJS<br><br>**STATEMENT OF ALLEGED PROBATION VIOLATION(S)**<br><br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

    Defendant, Joseph Eric WINFREE, was arrested August 6, 2013, in Yosemite National Park and charged with two counts in a criminal complaint: Count 1: Driving under the influence of alcohol and/or drugs; and Count 2: Driving a motor vehicle with a BAC greater than 0.08%. WINFREE plead guilty May 6, 2014, to Count 2, and the other count was dismissed. WINFREE was sentenced to the following: pay a $600 fine within 11 months, complete 60 hours of community service, attend and complete the DMV First Time DUI course, 12 months of unsupervised probation, obey all laws, and to report new law violations. A Review Hearing was set for April 21, 2015, at 10:00 a.m. The Government alleges Joseph Eric WINFREE has violated the following condition(s) of his unsupervised probation:

CHARGE ONE:      FAILURE TO COMPLETE COMMUNITY SERVICE

WINFREE was ordered to complete 60 hours of community service. To date, the Yosemite Legal Office has not received any proof of community service.

CHARGE TWO:     FAILURE TO COMPLETE DMV COURSE

WINFREE was ordered to attend and complete a DMV DUI course. To date, the Yosemite Legal Office has not received proof of completion of any course.

The Yosemite Legal Office respectfully requests the above referenced matter, *U.S. v. Joseph Eric Winfree*, 6:13-mj-076-MJS, be left on calendar for April 21, 2015, at 10:00 a.m..

Dated: April 20, 2015                                          By:  /s/ Matthew McNease
                                                                               Matthew McNease
                                                                               Acting Legal Officer
                                                                               Yosemite National Park, CA

## ORDER

**THE COURT ORDERS** Defendant to Appear at Yosemite District Courthouse on April 21, 2015 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   April 20, 2015                              /s/ *Michael J. Seng*
                                                                      UNITED STATES MAGISTRATE JUDGE