Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>JOSEPH ERIC WINFREE,<br><br>                    Defendant. | DOCKET NO: 6:13-mj-076-MJS<br><br>**MOTION TO DISMISS PROBATION VIOLATION; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice.

Dated:  May 19, 2015                                   NATIONAL PARK SERVICE


                                                                 /S/ Matthew McNease
                                                                Matthew McNease
                                                                Acting Legal Officer

1

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced probation violation, *United States v. Joseph Eric Winfree*, 6:13-mj-076-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   May 15, 2015                         /s/ *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE

2